**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-01982-REB-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

DARREN WADE,

    Defendant.

## MINUTE ORDER

    **Defendant Darren Wade's Unopposed Motion for Interdivision Transfer of Pretrial Matters and for Rescheduling of Scheduling Conference and Planning Meeting** [#11], filed October 17, 2008, is granted in part, on the terms stated in this minute order.

    The court's **Order of Reference to United States Magistrate Judge** [#3], filed September 17, 2008, is **VACATED**. This case is reassigned to Magistrate Judge Gudrun J. Rice , who is located in Grand Junction, Colorado. The court separately will enter an order of reference referring this case to Magistrate Judge Rice for pretrial proceedings.

    To the extent that the defendant seeks to have this case reassigned to Magistrate Judge Rice for trial, the defendant's motion is **DENIED**. Under D.C.COLO.LCivR 72.2(A), only full time magistrate judges may exercise consent jurisdiction under 28 U.S.C. § 636(c).

    Dated: October 23, 2008