IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 08-cv-01982-REB-GJR

HOME DESIGN SERVICES, Inc.,

    Plaintiff,

vs.

DARREN WADE,

    Defendant.

---

ORDER RE: JOINT MOTION TO VACATE THE SETTLEMENT CONFERENCE
SCHEDULED FOR JANUARY 23, 2009 AND VACATE THE
SCHEDULING ORDER

---

The parties having advised the Court that this case has settled, the Court **GRANTS** the parties joint motion to vacate and hereby cancels the Settlement Conference scheduled for January 23, 2009 at 2:00 p.m. and **VACATES** the Scheduling Order.

The parties are directed to file a joint motion to dismiss this case by no later than February 20, 2009.

DATED at Grand Junction, Colorado, this 22nd day of January, 2009.

                BY THE COURT:

                s/Gudrun J. Rice
                _____
                Gudrun J. Rice
                United States Magistrate Judge