IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No 08-cv-01982-REB-CBS

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

DARREN WADE,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Voluntary Dismissal With Prejudice** [#34], filed January 28, 2009. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Voluntary Dismissal With Prejudice** [#34], filed January 28, 2009, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 28, 2009, at Denver, Colorado.

                                                BY THE COURT:

                                                */s/ Robert E. Blackburn*
                                                Robert E. Blackburn
                                                United States District Judge